UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:07-CR-106 |
| V. | ) | (VARLAN/GUYTON) |
| | ) | |
| ROBERT ARTHUR GLOVER | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared in custody before the undersigned on August 24, 2007, for an initial appearance and arraignment on an Indictment. Assistant United States Attorney Charles E. Atachley, Jr. was present representing the government. The defendant was represented by Kim A. Tollison, Federal Defender Services, along with CJA Training Panel Attorney David Dupree  The government moved for detention pursuant to 18 U.S.C. § 3142(e) and the defendant requested a hearing. The matter is scheduled to commence before the undersigned on **Wednesday, August 29, 2007, at 9:30 a.m.** The defendant acknowledged and understood that he would remain in detention pending the hearing. The defendant shall be held in custody by the United States Marshal until August 29, 2007, and produced for the above scheduled hearing.

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge